## Charles Simon *v.* Zoning Board of Adjustment and Somerton Civic Association, Inc. Somerton Civic Association, Inc., Appellant.

Submitted on briefs, April 2, 1979, to Judges Crumlish, Jr., Mencer and Rogers, sitting as a panel of three.

*Eugene E. Kellis,* with him *Kashkashian, Kellis & Marx,* for appellant.

*E. Parry Warner*, and, of counsel, *Obermayer, Rebmann, Maxwell & Hippel*, for appellee.

OPINION BY JUDGE MENCER, August 1, 1979:

This appeal is from an order of the Court of Common Pleas of Philadelphia which sustained the appeal of Charles Simon and granted the variance to him which had previously been denied by the Department of Licenses and Inspections and the Zoning Board of Adjustment. Mr. Simon made application for a variance to develop 29 attached single-family dwellings in an "R-4 Residential" district where the construction of such dwellings was not authorized because of use and area requirements.

Following a review of the record, we will affirm on the opinion of Judge EUGENE GELFAND written for the court below and reported at 1 Philadelphia Co. Rptr. 220 (1978).

Order affirmed.

ORDER

AND Now, this 1st day of August, 1979, the order of the Court of Common Pleas of Philadelphia County, dated July 14, 1977, is hereby affirmed.